FILED

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0525

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0525

_____

IN RE THE PARENTING OF:
A.P.V.W., a minor child,

DAVID ALLEN WARD,

Petitioner and Appellee,

O R D E R

vs.

SHANELLE J. VAN DYKE,

Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022